UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GEORGE REILLY and VITO GIACHETTI, *as Co-Chairmen of the Board of Trustees of the* PLUMBERS LOCAL NO. 1 WELFARE FUND, et al.,

        Plaintiffs,

-against-

GAGE PLUMBING II CORP., et al.,

        Defendants.
----------------------------------------------------------------X

**ORDER**
03 CV 3405 (NGG)

GARAUFIS, District Judge.

On September 9, 2005 Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") in the above-captioned action recommending that the Plaintiffs be awarded (1) $50,871.86 in delinquent contributions; (2) $13,243.13 in interest; (3) $10,109.13 in liquidated damages; (4) $5,579.92 in attorney's fees incurred by the Barnes firm; and (5) $150.00 in costs.

No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the court is directed to enter judgment as set forth by Magistrate Judge Pollak and as detailed above.

SO ORDERED.

Dated: September 26, 2005                        _____ /s/_____
      Brooklyn, N.Y.                                Nicholas G. Garaufis
                                                        United States District Judge